IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

WALTER BUMGARDNER,

    Plaintiff,

v.                                          Civil Action No. 5:18CV55
                                                       (STAMP)
JOHN J. McINTYRE, JR. and
TIM HOCKENBERRY TRUCKING, INC.,

    Defendants.

## ORDER OF DISMISSAL

    This Court has been advised that the matters in controversy in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

    The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

    IT IS SO ORDERED.

    The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

    DATED:  December 20, 2018

                                                /s/ Frederick P. Stamp, Jr.
                                                FREDERICK P. STAMP, JR.
                                               UNITED STATES DISTRICT JUDGE